# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **MANDRIEZ SPIVEY,**  *Plaintiff*,  v.  **Warden HUMPHREY,** *et al.*,  *Defendants.* | **CIVIL ACTION NO.**  **5:21-cv-00467-TES** |

### NOTICE TO *PRO SE* PARTY OF MOTION TO DISMISS

On May 20, 2022, Defendant George Ball filed a Motion to Dismiss [Doc. 38] pursuant to Federal Rule of Civil Procedure 12(b)(6). Plaintiff is **DIRECTED** to file a Response to Defendant Ball's Motion to Dismiss pursuant to the dictates of the following notice.

Since Plaintiff is proceeding *pro se*, the Court deems it appropriate and necessary to advise him of his right to respond to Defendant Ball's Motion and of what may happen to his case if he fails to file a Response. Accordingly, Plaintiff is advised that:

(1) Defendant Ball has moved to dismiss the claims asserted against him in Plaintiff's Recast Complaint [Doc. 5];

(2) Plaintiff has the right to oppose the granting of Defendant Ball's Motion by filing a Response brief no longer than 20 pages, *see* LR 7.4, MDGa; and,

(3) if Plaintiff fails to oppose Defendant Ball's Motion, his case may be dismissed.

Plaintiff is further advised that under the procedures and policies of the Court, motions to dismiss are normally decided on briefs. The Court considers the pleadings and briefs filed by the parties in deciding whether dismissal is appropriate under the law. If the Court grants Defendant Ball's Motion to Dismiss there would be no trial or further proceedings in this case with respect to that specific defendant.

Although Plaintiff's time to file a Response expires on June 13, 2022, the Court provides Plaintiff an additional week to file his Response and **DIRECTS** him to file a Response to Defendant Ball's Motion to Dismiss by *__June 20, 2022__*. *See* LR 7.2, MDGa *in connection with* Fed. R. Civ. P. 6(a)(1) & (d). Once the Motion has been fully briefed by the parties, the Court will rule.

**SO NOTICED AND DIRECTED**, this 3rd day of June, 2022.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**