IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MANDRIEZ SPIVEY, | * |
| Plaintiff, | * |
| v. | Case No. 5:21-cv-00467-TES |
| | * |
| HUMPHREY et al., | |
| | * |
| Defendants. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 25, 2022, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 25th day of July, 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk